United States District Court
Southern District of Texas
**ENTERED**
July 08, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| YESTER  AVILA, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:18-CV-00426 |
| | § | |
| SLSCO, LTD., *et al*, | § | |
| | § | |
| Defendants. | § | |

## PARTIAL ORDER OF DISMISSAL

On July 1, 2019, the Plaintiffs and the Defendant DRC Emergency Services, LLC filed a Joint Stipulation of Dismissal Without Prejudice (Dkt. 29) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Accordingly, it is hereby **ORDERED** that all claims asserted against **DRC Emergency Services, LLC** in the above-captioned lawsuit are hereby **DISMISSED WITHOUT PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

SIGNED at Galveston, Texas, this 8th day of July, 2019.

George C. Hanks Jr.
United States District Judge