United States District Court
Southern District of Texas
**ENTERED**
September 29, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| YESTER AVILA, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:18-cv-00426 |
| | § | |
| THE IRONSIDES GROUP, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER DISMISSING CASE

This case has been around a long time. On August 31, 2022, I set a deadline for Plaintiff to file a motion for default or motion for summary judgment by September 23, 2022. To date, no such motion has been filed. Federal Rule of Civil Procedure 41(b) provides that "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." FED. R. CIV. P. 41(b). "It is well established that Rule 41(b) permits dismissal not only on motion of the defendant, but also on the court's motion." *Campbell v. Wilkinson*, 988 F.3d 798, 800 (5th Cir. 2021). As a result, I exercise my authority under Rule 41(b) to dismiss this case for want of prosecution. This case is dismissed without prejudice.

SIGNED this 29th day of September 2022.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE